SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Bryan.Chinwuba@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00426-AB-11** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **EDGAR RENE REVOLORIO TAMBITO,** | |
| **Defendant.** | |

**Introduction**

In January 2024, Oregon state troopers stopped and searched defendant's vehicle and seized a very large amount of methamphetamine. There are no factual disputes with respect to defendant's conduct between defendant and the government. The government recommends a sentence on the low end of the guideline range followed by three years of supervised release and a $100 fee assessment.

## I. FACTUAL BACKGROUND

### A. The Offense Conduct

On or about January 4, 2024, Oregon State Police troopers stopped a vehicle driven by defendant and occupied by another known drug trafficker for a traffic violation. During the stop, troopers deployed a K-9 which alerted to the presence of narcotics in the vehicle. Troopers

searched the vehicle and seized approximately 48 kilograms of methamphetamine. Defendant admitted to knowing the methamphetamine was in the vehicle.

Investigators determined that defendant and the other passenger were associated with large-scale drug traffickers operating in Oregon. Because defendant's role in the drug trafficking operation appeared to be limited to that of a courier, the government recommends that defendant receives a role reduction.

### B. The Charges

Defendant is charged in Counts One and Three of the Indictment. On May 27, 2026, defendant pleaded guilty to Count One of the Indictment.

## II. GOVERNMENT'S RECOMMENDED SENTENCE

| | |
|---|---|
| 30 | BOL (with 2D1.1(a)(5) role adjustment) |
| -4 | Minimal Role 3B1.2 |
| -3 | Acceptance |
| -2 | Safety Valve |
| -2 | 3553(a) Factors |
| = 19 | 30-37 months (CHC I) |

Based on defendant's acceptance of responsibility, the government recommends a sentence on the low end of the guideline range followed by a five-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: August 12, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney